UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

In Re: Geico General Insurance Company   )
)
)
)
)
)
)   Case No. 4:13cv00745UNA
)
)
)
)
)

# ORDER

The above styled and numbered case was filed on April 18, 2013 as a civil complaint.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly.  The case should have been opened as a miscellaneous case and assigned a miscellaneous case number.

Accordingly,

**IT IS HEREBY ORDERED** that the case is opened as a miscellaneous case and randomly assigned to Honorable Rodney W. Sippel, United States District Judge under cause number 4:13mc00195 RWS.  **IT IS FURTHER ORDERED** that cause number 4:13cv00745UNA be administratively closed.


Dated this 19th Day of April, 2013.          JAMES G. WOODWARD
                                             By: /s/ Katie Spurgeon, Deputy in Charge


**Please note the new case number: 4:13mc00195RWS.**